IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD BURRELL,** | ) |
| Petitioner, | ) |
| vs. | ) CIV. ACT. NO. 1:21-cv-25-TFM-B |
| **SHARON LANGHAM,** | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered on this same date, it is **ORDERED, ADJUDGED,** and **DECREED** that this petition brought pursuant to 28 U.S.C. § 2254 is **DISMISSED without prejudice**. Further, the Court determines that Burrell is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 29th day of July, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE